UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| MCKEZION WILLIAMS | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 4:23-CV-197-FL |
| VIDANT HEALTH | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order  entered July 30, 2024 and for the  reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute and to follow court's order.

**<u>This Judgment Filed and Entered on July 30, 2024, and Copies To:</u>**
McKezion Williams  (via US mail) 108 Pinehurst Drive, Greenville, NC 27834

July 30, 2024                          PETER A. MOORE, JR. CLERK


                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk